1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOSE ANTONIO RODRIGUEZ,

11              Plaintiff,                    No. CIV S-11-1407 EFB (TEMP) P

12          vs.

13   D.C.F.S. OF LOS ANGELES, et al.,

14              Defendants.                   ORDER

15   _____/

16          Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.

18          A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a

19   judicial district where any defendant resides, if all defendants reside in the same State, (2) a

20   judicial district in which a substantial part of the events or omissions giving rise to the claim

21   occurred, or a substantial part of property that is the subject of the action is situated, or (3) a

22   judicial district in which any defendant may be found, if there is no district in which the action

23   may otherwise be brought."  28 U.S.C. § 1391(b).

24          Here, the defendants are located and the claim arose in Los Angeles County, California

25   which is in the Central District of California. 28 U.S.C. § 84(c).  Therefore, in the interest of

26   /////

justice, this action is transferred to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1404(a); *Starnes v. McGuire*, 512 F.2d 918, 932 (D.C. Cir. 1974).

So ordered.

DATED: May 31, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE